1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    KATHERINE L. WAWRZYNIAK (CABN 252751)
3   Chief, Criminal Division

4   JONATHAN U. LEE (CABN 148792)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7027
        jonathan.lee@usdoj.gov
8
    Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

| 14 | UNITED STATES OF AMERICA, | ) | NO.  4:23-MJ-70031-MAG-1 |
|----|---------------------------|---|--------------------------|
| 15 | Plaintiff, | ) ) | |
| 16 | v. | ) ) ) | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND WAIVING TIME UNDER RULE 5.1 |
| 17 | D'MONIEYA DESHAUN GREEN, | ) ) | |
| 18 | Defendant. | ) ) | |
| 19 | | ) | |

20

21

22

23

24

25

26

27

28

STIP/ORDER                          1
4:23-mj-70031-MAG-1

1   On January 19, 2023, the United States filed a criminal complaint against Mr. Green charging

2   him with being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1) and possession of heroin

3   with intent to distribute, in violation of 21 U.S.C. §§ (a)(1), (b)(1)(C).  *United States v. Green*, Case No.

4   4:23-mj-70031-MAG-1.  The United States plans to file an Information by the week of July 10, 2023.

5   Mr. Green also has pending Form 12 violations in 19-CR-0356 JSW and 20-CR-072-JSW which arise

6   from the same conduct charged in the above referenced complaint.  Further hearings in those matters

7   have been continued to August 1, 2023. The United States intends to move to relate the new matter to

8   Judge White pursuant to Criminal Local Rule 8-1 before the next calling of the case.

9   For these reasons, the parties stipulate to exclude time under the Speedy Trial Act from June 27,

10   2023 to August 1, 2023, because the parties agree that the ends of justice served by the continuance

11   outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §

12   3161(h)(7)(A).  The parties also stipulate that the Court should grant the requested continuance and

13   exclude time under the Speedy Trial Act because a failure to grant a continuance would unreasonably

14   deny the defendant the reasonable time necessary for effective preparation, taking into account the

15   exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

16   Moreover, with the consent of the defendant, and taking into account the public interest in the

17   prompt disposition of criminal cases, the parties agree there is good cause to extend the time limits for a

18   preliminary hearing under Federal Rule of Criminal Procedure 5.1 and to extend the 30-day time period

19   for an indictment under the Speedy Trial Act (based on the exclusion set forth above). *See* Fed. R. Crim.

20   P. 5.1; 18 U.S.C. § 3161(b).

21   Accordingly, the parties request that the Court enter the proposed order below extending the time

22   limits for the preliminary hearing under Rule 5.1 and the 30-day time for an indictment under the

23   Speedy Trial Act.  The parties further request that the Court set this matter for a status hearing re

24   arraignment and preliminary hearing on August 1, 2023, at 10:30 a.m., as set forth in the proposed order

25   below.

26   IT IS SO STIPULATED

27

28

STIP/ORDER                                        2
4:23-mj-70031-MAG-1

1

2    Dated: June 26, 2023

3

4    Dated: June 26, 2023

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

_____/s/_____
MIRANDA KANE
Attorney for D'MONEIYA DESHAUN GREEN


_____/s/_____
JONATHAN U. LEE
Assistant United States Attorney
Attorney for the UNITED STATES OF AMERICA

STIP/ORDER                                     3
4:23-mj-70031-MAG-1

1                               **ORDER**

2        For the reasons set forth above, the Court excludes time under the Speedy Trial Act from June

3 27, 2023 to August 1, 2023, and finds that the ends of justice served by the continuance outweigh the

4 best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The court

5 makes this finding and bases this continuance on the ground that failure to grant a continuance would

6 unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into

7 account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

8        In addition, with the consent of the defendant, and taking into account the public interest in the

9 prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth above,

10 August 1, 2023, and — based on the parties' showing of good cause — finds good cause for extending

11 the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending

12 the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusion set forth

13 above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

14        IT IS SO ORDERED.

15

16 DATED: June 26, 2023

17



18                                                  _____

19                                      HON. DONNA M. RYU
                                       Chief Magistrate Judge

20

21

22

23

24

25

26

27

28